UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONI ORRILL | CIVIL ACTION |
| VERSUS | NO: 06-10012 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET AL. | SECTION: R(4) |

## 54(b) JUDGMENT

Considering the order entered by the Court herein and the Court having found that there is no just reason for delay, and having directed the entry of final judgment, accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court's September 30, 2011 judgment filed herein is a final judgment under the provisions of Rule 54(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 11th day of January, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE